FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 JUL -9 PM 3:56
SOUTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:19-cr- |
| | ) | |
| CHARLES DAVIS, | ) | |
| IDRIS PARKER, and | ) | |
| MARCOS GUILLERMO LEON MURRIETA, | ) | 1:19-cr-0232 TWP [redacted] |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

**COUNT ONE**

(Conspiracy to Possess With Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846)

The Grand Jury charges that:

From in or around April 2019, continuing through June 14, 2019, the exact dates being unknown to the Grand Jury, in the Southern District of Indiana, Indianapolis Division, and elsewhere, CHARLES DAVIS, IDRIS PARKER, and MARCOS GUILLERMO LEON MURRIETA, the defendants herein, did knowingly conspire together and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 846.

## OBJECT AND MEANS OF THE CONSPIRACY

1. The charged conspiracy had the goal of distributing 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, non-narcotic controlled substance.

2. The charged conspiracy operated in the following manner:

   a. MARCOS GUILLERMO LEON MURRIETA and other co-conspirators mailed or caused the mailing of packages containing methamphetamine from Arizona to Indianapolis, Indiana.

   b. MARCOS GUILLERMO LEON MURRIETA and CHARLES DAVIS used residences occupied by third-parties, including Individual #1 (a person known to the Grand Jury), to receive methamphetamine packages.

   c. MARCOS GUILLERMO LEON MURRIETA, CHARLES DAVIS, and IDRIS PARKER and others retrieved the methamphetamine packages after they had been delivered.

   d. During the course of the charged conspiracy, the defendants utilized cellular telephones to facilitate their drug trafficking enterprise.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

On or about the dates below, the defendants and others performed acts in furtherance of the conspiracy and to effect the goal and conceal the existence of the conspiracy, in the Southern District of Indiana, Indianapolis Division, and elsewhere, including but not limited to the following:

1. On or about April 18, 2019, the co-conspirators (known and unknown to the Grand jury) caused a package containing methamphetamine ("Package 1") to be mailed from

Glendale, Arizona, and delivered to a residence located on Chester Avenue in Indianapolis, Indiana.

2. On or about June 11, 2019, the co-conspirators (known and unknown to the Grand Jury) caused a package containing methamphetamine ("Package 2") to be mailed from Glendale, Arizona, and delivered to a residence located on Chester Avenue in Indianapolis, Indiana.

3. On or about June 13, 2019, PARKER picked up Package 2 from the Chester Avenue residence and took it to his home.

4. On or about June 12, 2019, the co-conspirators (known and unknown to the Grand Jury) caused a package containing methamphetamine ("Package 3") to be mailed from Phoenix, Arizona, and delivered to a residence located on Chester Avenue in Indianapolis, Indiana.

5. On or about June 14, 2019, DAVIS picked up Package 3 from the Chester Avenue residence. The package contained 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21 United States Code, Section 846.

**COUNT TWO**

(Possession With Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

The Grand Jury further charges that:

On or about June 14, 2019, in the Southern District of Indiana, Indianapolis Division, CHARLES DAVIS, the defendant, did knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**FORFEITURE**

Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant(s) notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 21, United States Code, Sections 853 and 881 and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

1. Pursuant to Title 21, United States Code, Section 853, if convicted of the offenses set forth in Counts One or Two of the Indictment, the defendants shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 4, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL:

[redacted]

FOREPERSON

JOSH J. MINKLER
United States Attorney

By:
Lindsay Karwoski
Assistant United States Attorney